UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
: 
: 
MACIEJ PAWLOWSKI, :
: 
        Plaintiff, : 17-CV-2943 (ARR) (VMS)
: 
  -against- : NOT FOR ELECTRONIC
: OR PRINT PUBLICATION
: 
KITCHEN EXPRESSIONS INC.; JOEL JACOBS; and : ORDER
SHIRA JACOBS, :
: 
        Defendants. :
: 
------------------------------------------------------------------------- X

ROSS, United States District Judge:

      The court has received the Report and Recommendation dated June 25, 2018, from the Honorable Vera M. Scanlon, United States Magistrate Judge. The deadline for filing objections has passed and no objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation in its entirety as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). The parties' settlement agreement is therefore approved as fair and reasonable.

So ordered.

Dated: July 10, 2018                                                         s/ Allyne R. Ross
      Brooklyn, NY                                                Allyne R. Ross
                                                                      United States District Judge